Mr. Reginald White #14376-014
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

Clerk's Office
U.S. District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

RECEIVED
2005 JAN 26 P 1:55
CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Reginald White v. USA
Civil No. 3:02-CV-1912(DFD)
Criminal No. 3: 01-CR-212(CFD)

January 22, 2005

Dear Clerk:

    Please forward me a copy of the docket sheet for the above-captioned civil action under 28 U.S.C. §2255.

    Please advise whether a decision has been rendered in the above case as well.

    I thank you in advance for your time and attention in the above matter.

Respectfully Submitted,

Reginald White #14376-014

cc: File

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
06/  /05

FILED
2005 JUN 23 A 9:14
U.S. DISTRICT COURT
HARTFORD, CT.