RECEIVED May 26, 2005

2005 MAY 31 A 11:42

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Reginald White # 14376-014
Lewisburg Camp
P.O. Box 2000
Lewisburg, PA 17837

RE: Civil No. 3:02-CV-1912 (CFD)
2255 motion
Criminal No. 3:01-CR-212
(CFD)

Dear Judge Droney:

Please be Advised that I have not recieved any confirmation, that my change of address has been filed, also I would like a copy of my docket sheet, and if I have a new attorney would you please forward the information. As you know It's been almost three years since I have filed my 2255. I have not been notified as to what is going on with my case. I have been transfered to a camp, and as you know from previous responses in the past some responses was going to higher levels institutions and not where I really am. Thankyou for your valuable time.

I pray that you Honor will see I've done my part. And deserve Relief according to law by which the motions would be grands to a sentence of 120 months ~ing Petioner for Re sentencing without the 100-to-1 Sentencing Ratio For Cocaine base which is not the "crack" form of cocaine base

Reginald White

The Clerk is also directed to mail a copy of this letter and docket this letter in Case 3:01CR212 to defendant at the following address: Reginald White #14376-014, Lewisburg Camp, P.O. Box 2000, Lewisburg, PA 17837. So ordered. /s/ Christopher F. Droney, United States District Judge

FILED 2005 JUN 23 A 9:14 U.S. DISTRICT COURT HARTFORD, CT