RECEIVED
May 26, 2005
2005 MAY 31 A 11: 42

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Reginald White # 14376-014
Lewisburg Camp
P.O. Box 2000
Lewisburg, PA 17837

RE: Civil No. 3:02-CV-1912 (CFD)
2255 motion
Criminal No. 3:01-CR-212
(CFD)

Dear Judge Droney:

Please be Advised that I have not recieved any confirmation, that my change of Address has been filed, also I would like a copy of my docket sheet, and if I have a new attorney would you please forward the information. As you know It's been almost three years since I have filed my 2255. I have not been notified as to what is going on with my case. I have been transfered to a camp, and as you know from previous responses in the past some responses was going to higher levels institutions and not where I really am. Thankyou for your valuable time.

The Clerk is also directed to mail a) copy of this letter and docket in Case 3:01CR212 to defendant at the following address: Reginald White #14376-014 Lewisburg Camp, P.O. Box 2000, Lewisburg, PA 17837.

I pray that your Honor will find I've done my part. And deserve Relief according to by which the motions would be granted to vacate sentence of 120 months finding petioner for Re sentencing Without the 100-to-1 Sentencing Ratio for Cocaine base which is not the "crack" form of cocaine base

Reginald White

FILED
2005 JUN 23 A 9:14
U.S. DISTRICT COURT
HARTFORD, CT

Christopher F. Droney
United States District Judge