December 7, 2006

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT. 06103

RE: United States v. Reginald White
Case # 3:01CR212 (CFD)

Hon. Judge Droney:

I write this letter in the hope of obtaining and securing your Honor's help in the following matter.

In a sincere effort to properly serve out my sentence in full compliance with F.B.O.P. standards and regulations, and in an attempt to increase my chances, and eligibility, in order to qualify for an early release under the 'Halfway House' program, I have been advised by officials here at F.P.C. Lewisburg, PA., to formally submit a request to my sentencing judge, for your Honor's judicial recommendation to consider, accept, and approve, for service of sentence, up to one (1) year, direct commitment to a C.C.C. sponsored 'Halfway House', pursuant to **Woodall v. F.B.O.P.**, 432, F.3d, 234 (3rd Cir., 2005).

Although your Honor's recommendation must precede my application, I believe I can show, under whatever scrutiny, requirements, pre-requisites or conditions imposed upon me, that I am a good and dependable candidate for this program, so that I might once again, and for all, take my appropriate place in society, alongside my family.

Thanking you, as always, for your most valuable time, and consideration to this very important, and urgent matter, I remain,

Respectfully yours,

Reginald White
#14376-014
F.P.C. Lewisburg
P.O. Box 2000
Lewisburg, PA. 17837